IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>AMAN AWALOM, et al.,<br><br>      Defendants. | Case No. 23-cv-00748-CRB<br><br>**JUDGMENT** |

Having granted Plaintiff's motion for default judgment, see dkt. 35, the Court hereby enters judgment in favor of Plaintiff and against Defendants Aman Awalom d/b/a Al Sahara Smoke Shop and Aman Awalom in the amount of $5,000 in statutory damages for trademark infringement, as well as costs in the amount of $597.

**IT IS SO ORDERED.**

Dated: October 21, 2023

_____
CHARLES R. BREYER
United States District Judge